UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marvin Hudgins,

    Plaintiff,

v.                                                          Case No. 13-11602

Commissioner of Social Security,        Sean F. Cox
                                                               United States District Court Judge
    Defendant.
_____/

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

    Plaintiff Marvin Hudgins ("Plaintiff") brought this action challenging the Commissioner's unfavorable decision denying Plaintiff's claim for a period of disability, for disability insurance benefits, and supplemental security income benefits. The matter was referred to Magistrate Judge Charles Binder for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).

    Thereafter, the parties filed cross-motions for summary judgment. In a Report and Recommendation ("R&R") issued on June 16, 2014, Magistrate Judge Binder recommended that this Court: 1) Deny Plaintiff's Motion for Summary Judgment; and 2) Grant the Commissioner's Motion for Summary Judgment, affirming the findings and conclusions of the Commissioner.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.

The Court hereby ADOPTS the June 16, 2014, R&R.  IT IS ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that the Commissioner's Motion for Summary Judgment is GRANTED and that the Commissioner's findings and conclusions are AFFIRMED.

                                                S/Sean F. Cox  
                                                Sean F. Cox  
                                                United States District Judge

Dated:  July 8, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 8, 2014, by electronic and/or ordinary mail.

                                                S/Jennifer McCoy  
                                                Case Manager